**IT IS SO ORDERED.**

**Dated:  02:07 PM June 22 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-52438 |
| | ) | |
| Renee Bounce, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | ORDER DISMISSING CASE WITH |
| | ) | SANCTIONS |

     The Debtor's prior bankruptcy case (Case No. 09-51685) was dismissed on January 25, 2010. The order dismissing the case stated that the case was dismissed with prejudice to refiling pursuant to 11 U.S.C. § 109(g), which prohibits an individual from being a debtor under the Code for a period of 180 days from the date the previous case was dismissed.

     The Debtor filed this chapter 7 case *pro se* on May 20, 2010. On June 16, 2010, the Court held a show cause hearing at which the Debtor did not appear. This case is therefore **DISMISSED WITH PREJUDICE** to refiling pursuant to the provisions of 11 U.S.C. § 109(g).  The Clerk of this Court is directed:

1) To provide notice of said dismissal to all creditors and other parties having an interest in this proceeding;

2) To refuse, absent further order of this Court, any further bankruptcy petitions that the Debtor, Renee Bounce, might attempt to file during the sanctions period; and

3) To contact the Court immediately if Renee Bounce attempts to file any further bankruptcy petitions during the sanctions period.

# # #